IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEGGY A. WILCOX f/k/a, )<br>   PEGGY A. WERNER )<br>Defendant. ) | Civil Action No.: 99-380E |

## SATISFACTION OF JUDGMENT

**AND NOW,** with the judgment in the above-captioned case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Western District of Pennsylvania is hereby authorized and empowered to satisfy and cancel said judgment of record.

                                          MARY BETH BUCHANAN
                                          United States Attorney

                        By:    s/Michael Colville
                                MICHAEL C. COLVILLE
                                Assistant U.S. Attorney
                                U.S. Post Office and Courthouse
                                700 Grant Street, Suite 4000
                                Pittsburgh, PA 15219
                                Phone No. (412) 894-7349
                                Attorney I.D. No. 56668

                                Counsel for Plaintiff
                                United States of America

Dated:    05/02/07